## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 5 | **DATE** | 12/20/2007 |
| **CASE TITLE** | United States of America vs. Francisco Soto | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to his arrest on 12/20/07. Defendant informed of rights. The government moves for detention. Detention hearing set for 12/27/07 at 11:00 a.m. Preliminary examination hearing is set for 1/3/08 at 1:30 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|