## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 5 | **DATE** | 12/27/2007 |
| **CASE TITLE** | United States of America vs. Francisco Soto | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention is denied. Defendant released on $50,000.00 own recognizance bond

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | mm |
|---|---|---|