IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 851 |
| | ) | Judge Sidney I. Shenkier |
| FRANCISCO MENDEZ-NUNEZ, *et al.*, | ) | |
| (FRANCISCO SOTO) | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Greg Deis
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Tuesday, February 19, 2007, at 9:00 a.m., or as soon thereafter as the matter can be heard, undersigned counsel shall appear before the Honorable Sidney I. Shenkier, or any judge sitting in his stead, in courtroom 1700 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the foregoing Agreed Motion to Modify the Conditions of Pretrial Release, a copy of which is hereby served upon you.

 s/ Patrick W. Blegen
**PATRICK W. BLEGEN**, Attorney for
Defendant.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100