# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 | **DATE** | 2/14/2008 |
| **CASE TITLE** | United States of America vs. Francisco Soto | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion to modify conditions of pre-trial release is granted. The conditions of pre-trial release are modified to allow defendant to be outside of his home from the hours of 7:00 a.m. to 7:00 p.m. for work purposes. The conditions of release remain unchanged in all other respects.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|