# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 - 5 | **DATE** | 3/27/2008 |
| **CASE TITLE** | United States of America vs. Francisco Soto | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Defendant informed of rights. Rule 16.1 (a) conference to be held by 4/3/08. Pretrial motions are to be filed by 4/15/08. Status hearing before Judge Gettleman on 4/15/08 at 9:15 a.m. Time is excluded from 3/27/08 to 4/15/08 pursuant to 18 U.S.C. section 3161 (h)(1)(F), (X-E).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | mm |
|---|---|---|