**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 851 |
| | ) | Judge Robert W. Gettleman |
| FRANCISCO MENDEZ-NUNEZ, *et al.*, | ) | |
| (FRANCISCO SOTO) | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT SOTO'S MOTION FOR PRODUCTION OF 404(B) MATERIAL

Defendant, **FRANCISCO SOTO**, by and through his attorney, **PATRICK W. BLEGEN**, pursuant to Rule 404(b) of the Federal Rules of Evidence, as well as the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully moves this Court to require the government to disclose all allegedly similar crimes, wrongs or acts allegedly committed by Defendant on which it intends to rely at trial to prove motive, scheme, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake, or accident.

In support of this motion, Defendant, through counsel, shows to the Court the following:

1.    Defendant requests that this Court enter an order requiring the government to disclose immediately the following particulars of any "other crimes" evidence:

        a.    The dates, times, places, and persons involved in said crimes, wrongs, or acts;

        b.    A detailed description of said crimes, wrongs, or acts;

        c.    The statements of each participant in said other crimes, wrongs, or acts;

        d.    The documents which contain evidence of said other

crimes, wrongs, or acts, including a statement describing when the documents were prepared, by whom the documents were prepared, and who has had possession of the documents since the alleged commission of the crimes, wrongs, or acts; and,

e.    A statement of the issue or issues to which the government believes such other crimes, wrongs, or acts evidence may be relevant under the Fed. R. Evid. 404(b).

2.    This request, it must be noted, includes evidence that the government intends to use in any fashion whatsoever, including, but not limited to, use in cross-examination, rebuttal and its case-in-chief.

3.    Rule 404(b) requires reasonable notice in advance of trial of the general nature of any such evidence the government intends to introduce at trial.  While Rule 404(b) provides neither a specific time of notice nor a specific form of notice,  the advisory committee notes to the 1991 amendment make clear that the time and form of disclosure depend largely on the circumstances of the particular case.  *See also*, *United States v. Perez-Tosta,* 36 F.3d 1552 (11th Cir. 1994).

4.    Counsel submits that in order to adequately prepare for trial and effectively represent Defendant at trial, including investigating and responding to the proposed evidence, counsel will need to be provided with notice of the government's intent to rely on 404(b) material at least thirty (30) days in advance of trial.

WHEREFORE, based on the foregoing, Defendant respectfully moves this Court for the

entry of an order requiring the government to give notice of its intent to use 404(b) material at

least thirty (30) days in advance of trial.

Respectfully submitted,


 s/Patrick W. Blegen
**PATRICK W. BLEGEN**, Attorney for
Defendant, Francisco Soto.


**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

**CERTIFICATE OF SERVICE**

   I hereby certify that foregoing Defendant Soto's Motion for Production of 404(b) Material was served on April 14, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                **s/ Patrick W. Blegen**

                **PATRICK W. BLEGEN**

                53 West Jackson Boulevard, Suite 1437

                Chicago, Illinois 60604

                (312) 957-0100