IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 851 |
| | ) | Judge Robert W. Gettleman |
| FRANCISCO MENDEZ-NUNEZ, *et al.*, | ) | |
| (FRANCISCO SOTO) | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT SOTO'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENA**

Defendant, **FRANCISCO SOTO**, by and through his attorney, **PATRICK W. BLEGEN**, respectfully moves this Court, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, for entry of its Order setting a date for early return of trial subpoenas to be issued by Defendant in this case.

Respectfully submitted,

 s/ Patrick W. Blegen
**PATRICK W. BLEGEN**, Attorney for
Defendant, Francisco Soto.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100

**CERTIFICATE OF SERVICE**

      I hereby certify that foregoing Defendant Soto's Motion for Early Return of Trial Subpoena was served on April 14, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      s/ Patrick W. Blegen
**PATRICK W. BLEGEN**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100