## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                    Case No.: 1:07−cr−00851
                                                      Honorable Robert W. Gettleman

Francisco Mendez−Nunez, et al.

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 22, 2008:

        MINUTE entry before Judge Honorable Robert W. Gettleman: Motion for
extension of time [111] to file additional motions is granted as to Francisco Soto (5). as to
Francisco Soto Mailed notice (gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.