**United States District Court, Northern District of Illinois**



Order Form (01/2005)

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 Cr 851 -5 | **DATE** | 5/8/2008 |
| **CASE TITLE** | U S A   vs   Francisco Soto | | |

**DOCKET ENTRY TEXT:**

Agreed order entered. Accordingly, the conditions of defendant Francisco Soto's pretrial release are modified to permit defendant to be out of his home for work purposes from 7:00 a.m. until 12:00 a.m. Monday through Saturday and from 7:00 p.m. to 12:00 a.m. on Sunday.

[For further detail see separate order]
[Docketing to mail notice]

00:00

