

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CR 851 |
| | ) | Judge Robert W. Gettleman |
| FRANCISCO MENDEZ-NUNEZ, et al., | ) | |
| (FRANCISCO SOTO) | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED ORDER

This matter coming to be heard by this Court on the request of Defendant **FRANCISCO SOTO**, by and through his attorney Patrick W. Blegen, for modification of the conditions of pretrial release; the Government, by Assistant United States Attorney Greg Deis, and Pre-Trial Services, by Officer Pace Morrison, stating that they have no objection to the granting of such request; and the Court being full apprised in the premises:

**IT IS NOW HEREBY ORDERED** that Defendant **FRANCISCO SOTO'S** conditions of pretrial release are hereby modified as follows: the condition of home incarceration with work release is amended so that Defendant is permitted to be out of his home for work purposes from 7:00 am until 12:00 am Monday through Saturday and from 7:00 pm to 12:00 am on Sunday.

Date: May 8, 2008

Judge Robert W. Gettleman,
United States District Court