UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 851 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| FRANCISCO MENDEZ-NUNEZ, et al. | ) | |

## NOTICE OF MOTION

TO:
    Attached Service List

    PLEASE TAKE NOTICE that on May 29, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Honorable Robert W. Gettleman, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **Government's Motion For a Protective Order to Preserve Property for Criminal Forfeiture** in the above-captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

Dated: May 28, 2008    By:    s/Meghan C. Morrissey
    MEGHAN C. MORRISSEY
    Assistant United States Attorney
    219 S. Dearborn St.
    Chicago, Illinois  60604
    (312) 353-4045

| DEFENDANT | COUNSEL |
|---|---|
| ANDRADE, OSCAR | Charles J. Aron<br>Attorney at Law<br>19 West Jackson Blvd. Suite 212<br>Chicago, IL 60604-3929<br>(312) 986-8012 |
| DURAN, JUAN | Robert Louis Rascia<br>61 W. Superior<br>Chicago, IL 60610-4857<br>(312) 994-9100 |
| GARCIA, SALVADOR | Steven Robert Shanin<br>Attorney at Law<br>53 West Jackson Boulevard, #920<br>Chicago, IL 60604-3836<br>(312) 697-0000 |
| GARCIA, JAVIER | Joseph R. Lopez<br>53 West Jackson, Suite 1122<br>Chicago, IL 60604<br>(312) 922-2001 |
| MCNISH, DON | J. Clifford Greene, Jr.<br>Attorney at Law<br>77 West Wacker Drive, Suite 3200<br>Chicago, IL 60601-1634<br>(312) 663-1400 |
| MENDEZ JR., FRANCISCO | Gal Pissetzky<br>Robb Stokar<br>Pissetzky & Berliner, P.C.<br>53 West Jackson Blvd., Suite 1403<br>Chicago, Illinois 60604<br>gpissetzky@pbzlawfirm.com<br>312-566-9900 (o)<br>312-939-1616 (f) |
| MENDEZ-NUNEZ, FRANCISCO | Donald J. Angelini Jr.<br>53 West Jackson Blvd., Suite 1750<br>Chicago, IL 60604-3716<br>(312) 957-1900<br>(630) 571-0098 (o)<br>(630) 571-7755 (f) |

| SOTO, FRANCISCO | Patrick Blegan<br>Blegen & Garvey<br>53 West Jackson, Suite 1437<br>Chicago, IL 60604-3932<br>(312) 957-0100 |
|---|---|
| VELAZQUEZ, VICTOR | Thomas Durkin<br>Durkin & Roberts<br>53 West Jackson, Suite 615<br>Chicago, IL 60604-3668<br>(312) 913-9300<br>(312) 981-0123 (direct) |