UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:07–cr–00851
Honorable Robert W. Gettleman

Francisco Mendez–Nunez, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

    MINUTE entry before the Honorable Robert W. Gettleman: Motion for protective order [129] is granted as to Francisco Mendez–Nunez (1), Salvador Garcia (2), Francisco Mendez Jr. (3), Javier Garcia (4), Francisco Soto (5), Juan Duran (6), Oscar Andrade (7), Victor Velazquez (8), Don McNish (9); Motion hearing held on 5/29/2008 regarding motion for protective order, [129] mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.