AO 106 (REV.7/87) Affidavit for Search Warrant                    AUSA J. Gregory Deis 312-886-7625

# UNITED STATES DISTRICT COURT

**RECEIVED**

___NORTHERN___ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___ DEC 1 9 2007

| | |
|---|---|
| The premises known as 2846 W. 39th Place, Unit F, Chicago, Illinois, as further described in Attachment A. | UNDER SEAL  Magistrate Judge Sidney I. Schenkier  United States District Court  **APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**  CASE NUMBER: **07M447** |

I, Matthew W. Holbrook, being duly sworn depose and say: I am a(n) SPECIAL AGENT WITH THE DEA and have reason to believe that ____ on the person of or __x__ on premises known as (name, description and/or location).

## SEE ATTACHMENT A

In the ___Northern___ District of ___Illinois, Eastern Division,___ there is now concealed a certain person or property, namely (describe the person or property to be seized)

## SEE ATTACHMENT B

which is (state one or more basis for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

PROPERTY THAT CONSTITUTES EVIDENCE OF A CRIME, CONTRABAND, FRUITS OF A CRIME AND OTHER ITEMS ILLEGALLY POSSESSED

concerning a violation of Title __21__ United States Code, Section(s) ___841(a)(1) & 846___.
The facts to support a finding of Probable Cause are as follows.

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: _x_ Yes ___ No

Signature of Matthew H. Holbrook

Sworn to before me and subscribed in my presence,

| | | | |
|---|---|---|---|
| December 19, 2007 | At  1:35 pm | CHICAGO, ILLINOIS | |
| Date | Time | City and State | |
| Sidney I. Schenkier, Magistrate Judge | | *Sidney I. Schenkier* | |
| Name & Title of Judicial Officer | | Signature of Judicial Officer | |

## ATTACHMENT A

## PREMISES TO BE SEARCHED:

**The premises known as 2846 W. 39th Place, Unit F, Chicago Illinois.**

The premises to be searched is the first-floor apartment, Unit F, of a white-frame house known as 2846 W. 39th Place, Chicago, Illinois. The address has two units in the primary residence (along with a separate coach house, which is not to be searched, located at the rear of the property, with the numbers 2846 displayed on the alley side). The only visible house number is a black 28 on the east side on the screen door. The building has a chain link fence in front with a gate. The entrance to the first floor unit, Unit F, is a wrought iron white screen door in the front of the residence and located at the top of a set of concrete stairs. (The second unit, which is not to be searched, is in the basement, with the entrance in the back of the building on the west side.)

SRCH_WAR_002-00439