# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                       Case No.: 1:07–cr–00851
                                                             Honorable Robert W. Gettleman

Francisco Mendez–Nunez, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

       MINUTE entry before the Honorable Robert W. Gettleman: Motion for disclosure [107] is granted as to Francisco Soto (5); Motion to produce [108] is granted as to Francisco Soto (5), with production to be made at least 2 weeks before trial. Defendant Soto;s motion [109] for preservation of agent`s notes is granted. Motion [110] for early return of trial subpoenas is granted as to Francisco Soto (5). Government's response to defendant Soto's motion [155] to suppress is due by 8/29/2008. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.