# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 851 -all | **DATE** | 8/1/2008 |
| **CASE TITLE** | U S A    vs    Francisco Mendez-Nunez, et al | | |

**DOCKET ENTRY TEXT:**

Government's motion [129] for a protective order to preserve property for criminal forfeiture is granted.

[For further detail see separate order]
[Docketing to Mail Notices]

00:00

| | Courtroom Deputy Initials: | GDS |
|---|---|---|

*U.S. DISTRICT COURT*
*2008 JUL 32 PM 1:48*
*FILED-EDI*