# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 Cr 851 -1 | DATE | 8/5/2008 |
| CASE TITLE | U S A    vs    Francisco Soto | | |

**DOCKET ENTRY TEXT:**

Agreed order entered. Order defendant Francisco Soto's conditions of pretrial release are modified to remove the condition of home confinement with electronic monitoring.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|