IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 CR 851 – 1 |
| ) | Judge Robert W. Gettleman |
| FRANCISCO MENDEZ-NUNEZ, *et al.*, ) | |
| (FRANCISCO SOTO) ) | |
| ) | |
| Defendant. ) | |

### AGREED ORDER

This matter coming to be heard by this Court on the request of Defendant **FRANCISCO SOTO**, by and through his attorney Patrick W. Blegen, for modification of the conditions of pretrial release; the Government, by Assistant United States Attorney Megan Morrissey, and Pre-Trial Services, by Officer Pace Morrison, stating that they have no objection to the granting of such request; and the Court being full apprised in the premises:

**IT IS NOW HEREBY ORDERED** that Defendant **FRANCISCO SOTO'S** conditions of pretrial release are hereby modified as follows: to remove the condition of home confinement with electronic monitoring. All other conditions to remain the same.

Date: August 5, 2008

Judge Robert W. Gettleman,
United States District Court